# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:23-CR-00023 (WLS-ALS-5) |
| GARRY ALLEN HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is Defendant's Motion for Continuance of Change of Plea Hearing (Doc. 233) ("Motion to Continue"), filed on March 5, 2025. Therein, Defendant requests a continuance of the Change of Plea Hearing currently scheduled for Thursday, March 6, 2025, at 1 PM. Previously, on February 5, 2025, this case was noticed for a Pretrial Conference to held on March 5, 2025. (Doc. 224). Hours before the conference was to begin, the Parties notified the Courtroom Deputy that Defendant wished to change his plea and enter a plea of guilty during the conference. The Court, however, noticed the Change of Plea Hearing for the following day, Thursday, March 6, 2025, and proceeded with the previously pending Pretrial Conference where the Parties announced ready for trial, subject to Defendant's pending change of plea.

Defendant filed the instant Motion to Continue after the conference concluded. Defendant requests a continuance of the Change of Plea Hearing to allow for "more time to review the indictment and case with his attorney" and "to preserve his right to dispose of his case by guilty plea." (Doc. 233 at 1).

Upon review, the Court finds that good cause has been shown to continue the Hearing. Accordingly, Defendant's Motion to Continue (Doc. 233) is **GRANTED**. Therefore, the Change of Plea Hearing currently set for Thursday, March 6, 2025, at 1 PM is **CANCELLED**.

1

2

The Court, however, determines that a status conference is necessary to discuss the current state of the case. Thus, the Parties are **NOTICED** that the Court will hold a status conference in this matter on **Thursday, March 6, 2025, at 1 PM** at the **C.B. King United States Courthouse.**

**SO ORDERED**, this 6th day of March 2025.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**