**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:23-CR-00023 (WLS-ALS-5) |
| GARRY ALLEN HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On June 23, 2025, the Court received a letter from Defendant Harris, wherein Defendant requested a new attorney. The Court held a status conference on July 9, 2025, to address Defendant's letter and complaints. The Court issues this Order to memorialize its ruling during that conference.

The Court discussed, under seal, the current status of the case with Defendant and his counsel, Ms. Ashley Lucas, during which time it became apparent that many of Defendant's frustrations were the result of his difficulty getting in touch with Ms. Lucas after his recent transport to a new detention facility. After hearing from Defendant and Ms. Lucas, the Court found that no basis existed for dismissing Ms. Lucas as counsel and concluded that Defendant shall continue to be represented by Ms. Lucas in this matter. The Court's full findings and reasons stated during the sealed hearing are, by reference, made part of this Order. The discussions between Defendant, Counsel, and the Court only are sealed until further Order of the Court.

**SO ORDERED**, this 10th day of July 2025.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**