# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 1:23-CR-00023 (WLS-ALS-5) |
| GARRY ALLEN HARRIS, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Defense Counsel Ashley Lucas moves to withdraw. (Doc. 280.) Based on the submissions, the Court concludes that a hearing is necessary. To prevent any further delays, the Court will hear Lucas's argument on her Motion to Withdraw at the currently-scheduled hearing on the Motion for Psychiatric Examination. That hearing remains set for **Tuesday, September 2, 2025, at 2:00 P.M.**.

**SO ORDERED**, this 31st day of July 2025.

          **/s/ W. Louis Sands**
          **W. LOUIS SANDS, SR. JUDGE**
          **UNITED STATES DISTRICT COURT**